1

2

3

4

5

6

7

8

9

10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

MARIA P.,[1]

              Plaintiff,

      v.

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

              Defendant.

Case No. CV 20-3351 MRW

JUDGMENT

18

19

20

21

It is the judgment of this Court that the decision of the
Administrative Law Judge is VACATED, and the matter is REMANDED to
the Social Security Administration on an open record for further
proceedings consistent with the Court's Order.

22

23

24

25

26

Date: September 23, 2021

_____
HON. MICHAEL R. WILNER
U.S. MAGISTRATE JUDGE

27

28

[1]    Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and
the recommendation of the Committee on Court Administration and Case Management of the
Judicial Conference of the United States.